# Court of Appeals
# of the State of Georgia

ATLANTA,　October 01, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0037.  THOMAS HOLCOMBE, III, v. ROBERT C. RICHIE.**

The probate court appointed Robert C. Richie as administrator of the estate of Louvenia Holcombe.  Thomas Holcombe, III, moved to have this order set aside under OCGA § 9-11-60 (d).  The trial court denied the motion on March 16, 2012, and Holcombe filed this application for discretionary appeal on September 4, 2012.[1]  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Holcombe filed his application 172 days after the entry of the order he seeks to appeal, the application was not timely and is hereby DISMISSED for lack of jurisdiction.

---

[1] Holcombe first filed a direct appeal to the superior court, which transferred the matter to this Court.  Holcombe's appeal was dismissed for failure to follow discretionary procedures.  See *Holcombe v. Richie*, (Case No. A12A2527, dismissed August 28, 2012).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/01/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*